UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JASON MIRANDA,

Defendant.

**SEALED ORDER**

26 Mag 905

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Jay Clayton, by Assistant United States Attorney Adabelle U. Ekechukwu, regarding the unsealing and disclosure of the sealed Complaint in the above-captioned matter,

IT IS HEREBY ORDERED that the Complaint be unsealed to the extent necessary to permit the United States Attorney's Office to provide the Complaint to counsel retained by the defendant in connection with an ongoing prosecution in the United States District Court for the District of Massachusetts; and

IT IS FURTHER ORDERED that, with exception of a copy of this Order being provided to the defendant's counsel, this Order and the Application in support thereof are to be sealed pending further order of this Court.

Dated:    New York, New York
          March 26, 2026

_Jennifer E. Willis_
HONORABLE JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

March 26, 2026

## REQUEST TO FILE UNDER SEAL

**Via Email**
The Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:  *United States v. Jason Miranda*, 26 Mag. 905

Dear Judge Willis:

The Government writes to respectfully request that the Court enter a limited unsealing order with respect to the above-referenced sealed Complaint as to Jason Miranda. We request that the Complaint be unsealed for the limited purpose of providing the Complaint to defense counsel retained by Miranda in connection with Miranda's violation of certain conditions of supervised release, which is presently being litigated in the United States District Court for the District of Massachusetts.

Very truly yours,

JAY CLAYTON
United States Attorney

by: Adabelle U. Ekechukwu
Assistant United States Attorney
(212) 637-1944